PROB 12A
(6/16)

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 28, 2024

SEAN F. McAVOY, CLERK

### Report on Offender Under Supervision
*(No Action Requested)*

| | |
|---|---|
| Name of Offender: Daniel C. Villalobos | Case Number: 0980 2:13CR00124-TOR-4 |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: January 12, 2016 | Type of Supervision: Supervised Release |
| Original Offense: Possession with the Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841 (a)(1), (b)(1)(A) | Date Supervision Commenced: April 28, 2023 |
| Original Sentence: Prison 144 M; TSR - 60 M | Date Supervision Expires: April 27, 2028 |

### NONCOMPLIANCE SUMMARY

On May 1, 2023, a United States probation officer reviewed the conditions of supervised release with Mr. Villalobos. He signed his judgment acknowledging his understanding of his conditions of supervision.

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17:** Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Villalobos is in violation of his conditions of supervised release by consuming methamphetamine on or about February 14, 2024. |
| | On February 14, 2024, Daniel Villalobos reported to the United States Probation Office for the purpose of random drug testing. He submitted to a urinalysis which returned presumptive positive for methamphetamine; he admitted use. |

**U.S. Probation Officer Action**:

Daniel Villalobos last appeared before Your Honor on January 12, 2016, for the purpose of sentencing following a guilty plea to possession with the intent to distribute 50 grams or more of actual (pure) methamphetamine. He was sentenced to 12 years custody, followed by a 5-year term of supervised release.

On April 28, 2023, supervision commenced in this matter.

On February 14, 2024, Mr. Villalobos reported to the United States Probation Office. He submitted to a urinalysis which returned presumptive positive for methamphetamine. He admitted to making a poor decision while hanging out with old associates after a death of a family member and chose to consume methamphetamine. Mr. Villalobos

Prob12A
Re: Villalobos, Daniel C.
February 27, 2024
Page 2

is willing to obtain a substance abuse evaluation and continue to work on his sobriety. He was sober for almost 12 years and takes it very seriously. He was referred to Pioneer Human Services (PH) to obtain a substance abuse evaluation and placed on random drug testing.

It is respectfully recommended that no further action be taken at this time. Please advised the undersigned officer if Your Honor requires a different course of action of a Court appearance by the offender.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On:    February 27, 2024

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer
Date:  February 27, 2024

[X]   Court Concurs with Officer Action
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

Thomas O. Rice
United States District Judge

February 28, 2024
Date