PROB 12C
(6/16)

Report Date: April 1, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel C. Villalobos    Case Number: 0980 2:13CR00124-TOR-4

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 12, 2016

| | |
|---|---|
| Original Offense: | Possession with the Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841 (a)(1), (b)(1)(A) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 144 months;<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: | April 28, 2023 |
| Defense Attorney: | Federal Defenders Services | Date Supervision Expires: | April 27, 2028 |

### PETITIONING THE COURT

To issue a summons.

On May 1, 2023, a United States probation officer reviewed the conditions of supervised release with Mr. Villalobos. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #17**: Defendant shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Mr. Villalobos is in violation of his conditions of supervised release by failing to submit to urinalysis testing as directed on March 26, 2024.<br><br>On March 26, 2024, Mr. Villalobos' color was called for random urinalysis testing at Pioneer Human Services. He failed to appear for said urinalysis test. |
| 2 | **Special Condition #17**: Defendant shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Villalobos, Daniel C.
April 1, 2024
Page 2

**Supporting Evidence**: It is alleged that Mr. Villalobos is in violation of his conditions of supervised release by consuming methamphetamine on or about March 27, 2024.

On March 27, 2024, Daniel Villalobos reported to the United States Probation Office for the purpose of random drug testing. He submitted to a urinalysis which returned presumptive positive for methamphetamine; he admitted use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/01/2024

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge
April 1, 2024
Date