FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-CR-00124-TOR-4 |
| Plaintiff, | ORDER FOLLOWING INITIAL APPEARANCE ON SUPERVISED RELEASE VIOLATION PETITION |
| v. | |
| DANIEL C. VILLALOBOS, | |
| Defendant. | |

On April 23, 2024, the Court held a hearing for Defendant DANIEL C. VILLALOBOS' initial appearance based on a petition for action, post-conviction, filed April 1, 2024, ECF No. 344, alleging Violation Nos. 1-2.  Defendant appeared out of custody represented by Assistant Federal Defender Ryan Farrell. Assistant U.S. Attorney Earl Hicks represented the United States.  U.S. Probation Officer Jon Bot was also present.

Defendant was advised of, and acknowledged, his rights.  The Court entered a denial of the violations pending on the petition on behalf of Defendant.  The Office of the Federal Defenders of Eastern Washington and Idaho was appointed to represent the Defendant in this matter.  The United States did not seek Defendant's detention.

**IT IS ORDERED:**

1. Defendant is released on the previously imposed conditions of supervised release pending the revocation hearing.  Said conditions are further

ORDER - 1

expressly reimposed under 18 U.S.C. § 3142(c), pursuant to this Court's authority to grant pre-revocation hearing release under Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1).

    2.    **Defendant shall provide proof of employment to U.S. Probation by <u>close of business April 26, 2024</u>**.

    3.    A **supervised release revocation hearing** is set before Judge Rice in Spokane Courtroom 902 on **May 23, 2024, at 11:30 a.m.**

**IT IS SO ORDERED.**

DATED April 24, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2