1  Vanessa R. Waldref
   United States Attorney
2  Eastern District of Washington
   Earl A. Hicks
3  Assistant United States Attorney
   Post Office Box 1494
4  Spokane, WA 99210-1494
   Telephone:  (509) 353-2767

5

6              UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF WASHINGTON
7

8  UNITED STATES OF AMERICA,           Case No.: 2:13-CR-00124-TOR

9              Plaintiff,              Motion for Detention

10             v.

11 DANIEL C. VILLALOBOS,

12             Defendant.

13

14      The United States moves for detention of Defendant, pursuant to Federal

15 Rules of Criminal Procedure 32.1(a)(6) and 46(d) and 18 U.S.C. § 3143(a). 18

16 U.S.C. § 3143(a)

17      1.    Eligibility of Case

18      This case is eligible for a detention order because Defendant is pending a

19 hearing on a violation of probation or supervised release.

20      2.    Reason for Detention

21

Motion for Detention - 1

1    The Court should detain Defendant because the Court cannot find by clear

2  and convincing evidence that (check one or both):

3        ☒        Defendant is not likely to flee; and/or

4        ☒        Defendant will not pose a danger to the safety of any other person or

5  the community if released.

6        The burden of establishing by clear and convincing evidence that Defendant

7  will not flee or pose a danger to any other person or the community rests with

8  Defendant.

9        3.    Time for Detention Hearing

10       The United States requests that the Court conduct the detention hearing:

11       ☐        At the first appearance, or

12       ☒        After a continuance of three days.

13  A.    No Contact Order

14       The United States further requests, in addition to pretrial confinement, that

15  Defendant be subject to the following condition:

16       Defendant shall have no contact whatsoever, direct or indirect, with any

17  persons Defendant knows or reasonably should know are or may become a victim

18  or potential witness in the subject investigation or prosecution.  Prohibited forms of

19  contact include, but are not limited to, telephone, mail, email, text, video, social

20  //

21  //

Motion for Detention - 2

1  media, and/or any contact through any third person or parties.

2      Dated:  August 26, 2024.

3                                                    Vanessa R. Waldref
        United States Attorney

4

5          *s/Earl A. Hicks*
        Earl A. Hicks
        Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

Motion for Detention - 3

1

## **CERTIFICATE OF SERVICE**

2    I hereby certify that on August 26, 2024, I electronically filed the foregoing

3 with the Clerk of the Court using the CM/ECF System, which in turn automatically

4 generated a Notice of Electronic Filing (NEF) to all parties in the case who are

5 registered users of the CM/ECF system.

6                                              *s/Earl A. Hicks*
                                               Earl A. Hicks
7                                              Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

Motion for Detention - 4