AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Aug 26, 2024
SEAN F. McAVOY, CLERK

United States of America
v.

DANIEL C. VILLALOBOS,
*Defendant*

Case No. 2:13-CR-0124-TOR-4

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DANIEL C. VILLALOBOS,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See Petition dated August 8, 2024.

Date: Aug 08, 2024, 2:53 pm

*Issuing officer's signature*

City and state:   Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 8/8/24, and the person was arrested on *(date)* 8/23/24
at *(city and state)* Spokane, WA

Date: 8/23/24

Arrested within the E/WA
By: USMS
   *(Agency)* Arresting officer's signature
Executed On: 8/23/24
Sign: Reagan R. Schnare, USMS
   *Printed name and title*