# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v. DANIEL C. VILLALOBOS**            Case No.   **2:13-CR-124-TOR-4**

## Initial Appearance on Supervised Release Petition:            08/26/2024

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Earl Hicks, US Atty |
| ☒ | Corey McCain, US Probation / Pretrial Services Officer | ☒ | Justin Lonergan, Supervising Fed Def |
| | | ☒ | Danielle Giffin, Fed Def Intern |
| ☒ | Defendant present ☒in custody USM | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☐ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of violation petition |
| ☐ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of petition |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☒ | Petition reviewed in open court |
| ☐ | Conditions of Release Imposed | ☐ | Supplemental Pre-Trial Services Report ordered |
| ☐ | Conditions of Release as Previously Imposed | ☒ | The Court ordered continued representation of previously appointed counsel with the additional Petition(s) |
| ☐ | AO 199C Advice of Penalties/Sanctions | | |

## REMARKS

Defendant appeared, in custody, with counsel and acknowledged to the Court that his true and correct name is DANIEL C. VILLALOBOS.

Defendant was advised of his rights and the allegations contained in the violation petition (ECF No. 357). Defendant was previously advised on violations 1-2.

A denial of the violations pending on the petition is entered on behalf of Defendant.

Government has filed a motion for detention.

Defendant requested a detention hearing be held this date. Government requested two-day continuance of the detention hearing.

Defense counsel in agreement with detention hearing in two days; however, requested Defendant remain released pending the detention hearing.

Government opposed to Defendant's release pending the revocation hearing.

**The Court ordered:**
1. Detention and Preliminary hearings set on August 28, 2024, at 2:30 p.m.
2. Defendant remanded to custody of U.S. Marshal until further order of the Court.

| Detention Hrg on Petition: 08/28/2024 @ 2:30 p.m. [S/JAG] | Preliminary Hrg: 08/28/2024 @ 2:30 p.m. [S/JAG] | Revocation Hrg: 09/25/2024 @ 9:30 a.m. [S/TOR] |
|---|---|---|