PROB 12C
(6/16)

Report Date: August 8, 2024

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 08, 2024

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Daniel C. Villalobos | Case Number: 0980 2:13CR00124-TOR-4 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: January 12, 2016 | |
| Original Offense: | Possession with the Intent to Distribute 50 Grams or More of Actual (Pre) Methamphetamine, 21 U.S.C. § 841 (a)(1), (b)(1)(A) |
| Original Sentence: Prison - 144 months  TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Earl Allan Hicks | Date Supervision Commenced: April 28, 2023 |
| Defense Attorney: Molly Marie Winston | Date Supervision Expires: April 27, 2028 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/01/2024.

On May 1, 2023, a United States probation officer reviewed the conditions of supervised release with Mr. Villalobos. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #17**: Defendant shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Villalobos is in violation of his conditions of supervised release by consuming methamphetamine on or about July 24, 2024. |
| | On July 25, 2024, Mr. Villalobos contacted the undersigned via text message after providing a random urinalysis at Pioneer Human Services (PHS) that indicated he made a poor decision and relapsed prior to providing the urinalysis. Mr. Villalobos advised that he had taken capsules in an attempt to flush his system to prevent a positive result. The undersigned would later speak to Mr. Villalobos and he admitted to this officer, and via a signed statement, that he used methamphetamine on or about July 24, 2024. |

Prob12C
Re: Villalobos, Daniel C.
August 8, 2024
Page 2

| | | |
|---|---|---|
| 4 | | **Special Condition #17**: Defendant shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Mr. Villalobos is in violation of his conditions of supervised release by consuming methamphetamine on or about August 2, 2024.

On August 2, 2024, Mr. Villalobos reported to the U.S. Probation Office as directed. It was at that time he provided a urinalysis that tested presumptive positive for methamphetamine and he denied relapsing after previously admitting to using this substance last on July 24, 2024. The urinalysis sample was sent for confirmation and on August 8, 2024, it returned confirmed positive for the presence of methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 8, 2024

s/Jonathan C. Bot

Jonathan C Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge
August 8, 2024
Date