FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 26 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Daniel C Villalobos<br><br>Defendant. | No. 2:13-cr-00124-TOR-4<br><br>ACKNOWLEDGMENT OF NOTICE OF RIGHTS – PETITION – POST JUDGMENT |

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of the Petition for Warrant or Summons for Offender Under Supervision;

2. Of the maximum penalty provided by law;

3. My right to remain silent at all times and if I make a statement it can be used against me;

4. My right to retain my own counsel; and if I am without funds, to have counsel appointed to represent me in this matter;

5. My right to a bail hearing, if I am in custody.

6. My right to a preliminary hearing, if I am in custody.

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

7. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

_____
Interpreter Signature

_____
Interpreter Printed Name

Date:

*/s/ D. Villalobos*
Defendant Signature

Daniel C Villalobos
Defendant Printed Name

I certify that I reviewed the contents of this document with _____

and \_\_\_\_ has authorized me to sign it electronically on their behalf.

Attorney Signature:_____

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2