

**Federal Defenders of Eastern Washington and Idaho**

601 W. Riverside Ave., Suite 900  Spokane, Washington 99201
509.624.7606  F: 509.747.3539

*FILED IN THE U.S. DISTRICT COURT*
*EASTERN DISTRICT OF WASHINGTON*

AUG 2 6 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

*Executive Director*
Andrea K. George

*Chief Deputy*
*Branch Manager/Yakima* Alex
"Ben" Hernandez

*Managing Attorney/Spokane*
Amy H. Rubin

*Senior  Litigator/Spokane*
John "Jay" B. McEntire

*Chief Appellate Attorney/Spokane*
Colin G. Prince

*Chief Investigator*
Gabriel "Gabe" Caballero

CONSENT TO APPEARANCE BY LEGAL INTERN

I, Daniel C Villalobos, Defendant in the case of United States v. Daniel C Villalobos, U.S. District Court CR- 2:13-cr-00124-TOR-4, hereby consent to the appearance of Danielle Griffin, Legal Intern, on my behalf in the above-entitled criminal case.

I understand that the above-named Legal Intern is enrolled in an accredited law school, is working with the Federal Defenders of Eastern Washington and Idaho, and is not yet licensed to practice law in the State of Washington or any other state.

I further understand that the above-named Legal Intern will be supervised at all stages of the proceedings in my case by a duly licensed attorney employed by the Federal Defenders of Eastern Washington and Idaho.

_____
Defendant
Dated: 08/26/2024

* * *

Branch Office
306 East Chestnut Avenue
Yakima, Washington 98901
P: 509.248.8920
F: 509.248.9118