FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL C. VILLALOBOS,<br><br>Defendant. | No. 2:13-CR-00124-TOR-4<br><br>ORDER FOLLOWING INITIAL APPEARANCE ON SUPERVISED RELEASE VIOLATION PETITION AND SETTING DETENTION HEARING<br><br>**USMS ACTION REQUIRED** |

On August 26, 2024, the Court held a hearing for Defendant DANIEL C. VILLALOBOS' initial appearance based on a petition for action, post-conviction, filed August 8, 2024, ECF No. 357, alleging Violation Nos. 3-4. Defendant was previously advised on Violation Nos. 1-2. Defendant appeared in custody represented by Legal Intern Danielle Giffin supervised by Assistant Federal Defender Justin Lonergan. Assistant U.S. Attorney Earl Hicks represented the United States. U.S. Probation Officer Corey McCain was also present.

Defendant was advised of and acknowledged his rights. The Court entered a denial of the violations pending on the petition on behalf of Defendant. The Office of the Federal Defenders of Eastern Washington and Idaho was appointed to represent the Defendant in this matter. The United States is seeking Defendant's detention. **ECF No. 361**. The

**IT IS ORDERED:**

1. A **detention hearing is scheduled for August 28, 2024, at 2:30 p.m.**, before the undersigned.

ORDER - 1

2. The Court will schedule a preliminary hearing, if appropriate, following the detention hearing.

3. Defendant shall remain in custody pending the detention hearing and shall be afforded reasonable opportunity for private consultation with counsel.

4. A **supervised release revocation hearing** is set before Judge Rice, in Spokane Courtroom 902, on **September 25, 2024, at 9:30 a.m.**

**IT IS SO ORDERED.**

DATED August 27, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2