# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v. DANIEL C. VILLALOBOS    Case No.   2:13-CR-124-TOR-4**

**Detention Hearing on Supervised Release Petition:**    08/28/2024

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Earl Hicks, US Atty |
| ☒ | Jonathan Bot, US Probation / Pretrial Services | ☒ | Molly Winston, Defense Atty |
| ☒ | Defendant present in custody USM | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☐ | Defendant continued detained | ☒ | Conditions of Release imposed |
| | | ☒ | 199C Advice of Penalties/Sanctions |

## REMARKS

Defendant appeared, in custody, with counsel.

USA made factual proffers and presented argument in support of Defendant's continued detention due to risk of non-appearance and the safety of the community.

Defense counsel made factual proffers in support of Defendant's release, arguing Defendant does not pose a risk of non-appearance and/or safety to the community.

U.S. Probation Officer Jonathan Bot addressed the Court and recommended Defendant's release. Rebuttal.

**The Court ordered:**
1. USA's Motion for Detention is **denied**.
2. Defendant released on the conditions previously imposed with the addition of the following additional conditions pending the revocation hearing:
   - GPS
   - Home Confinement, except for work, treatment, medical and court matters
   - Probation has discretion to modify Defendant's schedule and home confinement
   - Defendant to release this date and must report to U.S. Probation by 9:00 a.m. the following day, August 29, 2024.

***Previously Scheduled* Revocation of Supervised Release Hearing:**
**09/25/2024 @ 9:30 a.m. [S/TOR]**