PROB 12C
(6/16)

Report Date: March 6, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel C. Villalobos         Case Number: 0980 2:13CR00124-TOR-4

Address of Offender: ▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 12, 2016

| | |
|---|---|
| Original Offense: | Possession with the Intent to Distribute 50 Grams or More of Actual (Pre) Methamphetamine, 21 U.S.C. § 841 (a)(1), (b)(1)(A) |
| Original Sentence: | Prison - 144 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks |
| | Date Supervision Commenced: April 28, 2023 |
| Defense Attorney: | Adrian Lindsay Fox |
| | Date Supervision Expires: April 27, 2028 |

## PETITIONING THE COURT

To issue a warrant.

On May 1, 2023, a United States probation officer reviewed the conditions of supervised release with Mr. Villalobos. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #16**: Defendant shall abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: It is alleged that Mr. Villalobos is in violation of his conditions of supervised release by consuming alcohol on or about December 29, 2024.<br><br>On December 31, 2024, Mr. Villalobos provided a urinalysis that tested presumptive positive for alcohol. Mr. Villalobos admitted to the undersigned and via a signed document that he last consumed alcohol on or about December 29, 2024. |
| 2 | **Special Condition #17**: Defendant shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Mr. Villalobos is in violation of his conditions of supervised release by consuming methamphetamine and fentanyl on or about January 25, 2025.

On January 27, 2025, Mr. Villalobos reported to the U.S. Probation Office and provided a urinalysis sample that tested presumptive positive for methamphetamine and fentanyl. Mr. Villalobos admitted to a U.S. probation officer, and via a signed document, that he last used methamphetamine on or about January 25, 2025. Mr. Villalobos denied intentionally using fentanyl but acknowledged this could have been mixed in his methamphetamine. It should be noted, the urinalysis was confirmed positive for both methamphetamine and fentanyl.

3    **Special Condition #17**: Defendant shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Villalobos is in violation of his conditions of supervised release by consuming methamphetamine on or about February 22, 2025.

On February 24, 2025, the undersigned spoke with Mr. Villalobos via telephone as he provided a urinalysis that tested presumptive positive for methamphetamine on February 21, 2025. Mr. Villalobos informed the undersigned that he last used methamphetamine on or about February 22, 2025.

4    **Special Condition #17**: Defendant shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Villalobos is in violation of his conditions of supervised release as he failed to report for his random urinalysis as directed on February 28, 2025.

On February 28, 2025, per Pioneer Human Services (PHS), Mr. Villalobos failed to report for his random urinalysis as his previously assigned color (brown-2) was directed to test on this date. On March 4, 2025, Mr. Villalobos acknowledged that he failed to report for his urinalysis as directed to the undersigned and apologized for this.

5    **Special Condition #17**: Defendant shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Villalobos is in violation of his conditions of supervised release by consuming methamphetamine on or about March 2, 2025.

On March 4, 2025, Mr. Villalobos reported to the U.S. Probation Office as directed in response to failing to report for a urinalysis on February 28, 2025. Mr. Villalobos provided a urinalysis that tested positive for methamphetamine and fentanyl. Mr. Villalobos readily admitted to the undersigned, and via a signed document, that he last used methamphetamine on or about March 2, 2025, though he denied knowingly using fentanyl.

Prob12C

Re: Villalobos, Daniel C.
March 6, 2025
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 6, 2025

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

March 6, 2025

Date