PROB 12C
(6/16)

Report Date: March 18, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 19, 2025**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Daniel C. Villalobos | Case Number: 0980 2:13CR00124-TOR-4 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: January 12, 2016 | |
| Original Offense: | Possession with the Intent to Distribute 50 Grams or More of Actual (Pre) Methamphetamine, 21 U.S.C. § 841 (a)(1), (b)(1)(A) |
| Original Sentence: Prison - 144 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Earl A. Hicks | Date Supervision Commenced: April 28, 2023 |
| Defense Attorney: Federal Defenders Office | Date Supervision Expires: April 27, 2028 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/06/2025.

On May 1, 2023, a United States probation officer reviewed the conditions of supervised release with Mr. Villalobos. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #17**: Defendant shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Villalobos is in violation of his conditions of supervised release as he failed to report for his random urinalysis as directed on February 28, 2025. |
| | On March 10, 2025, per Pioneer Human Services (PHS), Mr. Villalobos failed to report for his random urinalysis as his previously assigned color (brown-2) was directed to test on that date. On March 11, 2025, Mr. Villalobos acknowledged that he failed to report for his urinalysis as directed to the undersigned and apologized for this. |

Prob12C
Re: Villalobos, Daniel C.
March 18, 2025
Page 2

      7      **Special Condition #17**: Defendant shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

             **Supporting Evidence**: It is alleged that Mr. Villalobos is in violation of his conditions of supervised release by consuming methamphetamine on or about March 15, 2025.

             On March 17, 2025, Mr. Villalobos reported to the U.S. Probation Office as directed. It was at that time he readily admitted to this officer, and via a signed statement, that he last used methamphetamine on or about March 15, 2025. Mr. Villalobos provided a urinalysis that tested presumptive positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/18/2025

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Thomas O. Rice_
Thomas O. Rice
United States District Judge

March 19, 2025
Date